.14203.  BUGG *v.* WARD.

BROYLES, C. J. The only question argued and insisted upon in the brief of counsel for the plaintiff in error is one raised by his demurrer; and since no assignment of error upon the overruling of the demurrer is made in the bill of exceptions, there is no question presented to this court for adjudication.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 10, 1923.

Complaint; from Cobb superior court — Judge Blair. December 29, 1922.

*H. B. Moss,* for plaintiff in error.

*John H. Boston, Virgil McCleskey,* contra.